# RESOLVE LEGAL PLLC

A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

---

Judith Moon  
1637 Supai Drive  
Chino Valley, AZ 86323  

Attn:

January 22, 2010

**In Reference To:** RL Predatory Lending  
**Invoice #:** 6125

| | | **Professional Services** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/30/09 | AMD | Draft and revise motion for attorneys fees and costs; research fees issues; email S. Crocker re same. | 6.30 | 1,890.00 |
| | KAS | Telephone conference with E. Stines' assistant re settlement check; conference with A. Davis and S. Crocker re settlement check; follow-up call to E. Stines' assistant re same. | 0.20 | 18.00 |
| 12/02/09 | AMD | Professional fees and service spreadsheet; correspond with S. Crocker re same - NO CHARGE. | 5.50 | 0.00 |
| | TLN | Meeting with and e-mail exchanges with T. Davis re time entry clarification | 0.40 | 60.00 |
| 12/10/09 | KAS | Draft template for declaration of S. Crocker; review and edit motion for attorneys' fees. | 0.50 | 45.00 |
| 12/11/09 | SC | Review and revise fee application; confer with A. Davis re same. | 1.50 | 562.50 |
| 12/16/09 | AMD | Draft and revise S. Crocker Declaration in Support of Motion for Fees | 4.50 | 1,350.00 |
| 12/17/09 | AMD | Draft and revise Crocker Declaration in support of motion for fees; confer with T. Darling Hill, J. Dumas and T. Simonyan re same; work on time records. | 4.10 | 1,230.00 |
| 12/18/09 | SC | Review and revise declaration in support of fee application; edit fee application and confer with T. Davis re same | 4.50 | 1,687.50 |
| | AMD | Draft and revise submission on attorneys fees; confer with S. Crocker and T. Nguyen re same; leave message for Stines requesting status of Moon settlement check. | 5.70 | 1,710.00 |

**EXHIBIT A**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | TLN | Work on fee export/import for motion (1.0); work on invoice for fee motion (.3); meetings with T. Davis re same (.3); finalize invoice (.3) (NO CHARGE) | 1.90 | 0.00 |
| 12/24/09 | KAS | Telephone conference with A. Davis re letter from E. Stines requesting a continuance of the pending attorney fee motion; draft and transmit letter to E. Stines re continuance and settlement status. | 0.50 | 45.00 |
| 12/28/09 | KAS | Review fax from E. Stines re continuance of attorney fees motion; conference with A. Davis and T. Darling Hill; draft and transmit fax to E. Stines re continuance; review letter from E. Stines re continuance. | 0.50 | 45.00 |
| 1/04/10 | AMD | Review letter from E. Stines, attaching settlement agreement; confer with T. Darling Hill re same. | 0.30 | 90.00 |
| | KAS | Review letter from E. Stines; e-mail letter to client. | 0.10 | 9.00 |
| 1/05/10 | AMD | Review client email pertaining to settlement agreement; review and revise proposed settlement agreement; confer with S. Crocker and T. Darling Hill re same; email client; review Stines email forwarded by K. Stevens. | 2.80 | 840.00 |
| | TDH | Review settlement agreement and provide advice to A. Davis. | 0.70 | 175.00 |
| | KAS | Review e-mail from A. Davis; telephone call to E. Stines re settlement agreement; follow-up e-mail to A. Davis with settlement agreement. | 0.20 | 18.00 |
| 1/06/10 | TDH | Review proposed changes to settlement agreement. | 0.10 | 25.00 |
| | KAS | Draft and transmit letter to E. Stines transmitting a CD containing a redline version of the settlement agreement. | 0.20 | 18.00 |
| 1/12/10 | JJM | Review and organize cases in response to attorney fee application. | 0.50 | 97.50 |
| | JJM | Conference with A. Davis re research topics for reply - attorney fee application. | 0.20 | 39.00 |
| | KAS | Review response to attorney fee motion; conference with A. Davis regarding status and upcoming events; draft and transmit letter to E. Stines regarding status of settlement agreement. | 0.30 | 27.00 |
| 1/13/10 | AMD | Telephone call to E. Stines re settlement agreement, addressing variouis issues in language of agreement, also discuss with Stines plaintiff's intent to file an extension of the motion should the agreement not be finalized before filing on Friday; draft notes and follow up letter memorializing the above; research. | 5.60 | 1,680.00 |
| | JJM | Research case law re attorney fee award for a RESPA claim. | 2.30 | 448.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | JJM | Research attorney rates for consumer protection matters. | 0.50 | 97.50 |
| | KAS | Draft reply and declaration of S. Crocker in support of attorney fee motion; edit and cross-check invoice and fee adjustment spreadsheet; conference with A. Davis regarding spreadsheet; further edits to fee spreadsheet. | 3.10 | 279.00 |
| | TLN | Meeting with T. Davis re research of cases filed in which Bishop represented GMAC (.3); research same (1.0) | 1.30 | 195.00 |
| 1/14/10 | AMD | Research for motion for continuance (.1); draft motion for continuance, along with corresponding declaration (2.3); research for reply on motion for fees (1.4); draft and revise reply on motion for fees (4.5). | 8.30 | 2,490.00 |
| | KAS | Review and edit motion to continue attorney fee hearing and related pleadings; draft order on motion for continuance. | 0.40 | 36.00 |
| 1/15/10 | AMD | Draft reply and declaration in support of motion for continuance (.5); review letter from opposing counsel dated January 14th (.1); review response and declaration in support of same to motion for continuance (.3); draft reply in support of motion for fees (5.4); draft comparable attorney declarations and confer with the same (1.7); review court order on continuance motion (.1). | 8.00 | 2,400.00 |
| | JJM | Review and revise reply re attorney fee application. | 0.40 | 78.00 |
| | KAS | Draft templates for declaration of M. Huelsman and A. Brown; edit declarations; telephone call to court regarding motion status; draft template declaration of A. Brown; review response to motion for attorney fees; create spreadsheet of alleged increased charges; draft reply in support of motion to continue and accompanying declaration of Tova Eisner; telephone call to court regarding motion to continue; finalize and file reply and declaration in support of motion to continue. | 1.80 | 162.00 |
| 1/19/10 | AMD | Communication with client regarding settlement agreement and attorneys fees motion update. | 0.50 | 150.00 |
| | KAS | Telephone conference with client regarding settlement agreement signature options; research settlement delivery methods; conference with A. Davis regarding settlement; prepare and transmit settlement package to client; second telephone conference with client regarding settlement. | 0.70 | 63.00 |
| 1/20/10 | AMD | Review client communication regarding settlement agreement; send communication in response to client regarding the same. | 0.30 | 90.00 |
| | AMD | Letter to Stines, attaching signature page of settlement agreement. | 0.20 | 60.00 |
| | AMD | Follow up letter to Stines attaching complete agreement, with plaintiff's signature. | 0.20 | 60.00 |

Judith Moon                                                                          January 22, 2010

4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | KAS | Review facsimile from client; conference with A. Davis regarding settlement; telephone conference with assistant from Bishop White regarding W-9 form; telephone conference with client; review letter from E. Stines; draft and transmit letter to E. Stines regarding settlement and W9 form. | 0.50 | 45.00 |
| 1/21/10 | AMD | Draft and revise Crocker declaration in support of reply on fees, costs and expenses. | 0.50 | 150.00 |
| | AMD | Draft and revise Davis Declaration. | 0.40 | 120.00 |
| | AMD | Revise letter to Stines regarding settlement agreement status and requesting original signature. | 0.20 | 60.00 |
| | KAS | Edit and review spreadsheet regarding fees; conference with A. Davis regarding same; draft, edit and transmit letter to E. Stines regarding settlement and W-9 form; review letter from E. Stines. | 1.00 | 90.00 |
| 1/22/10 | SC | Review and revise reply in support of fee application, declaration in support of same; confer with A. Davis regarding reply. | 2.50 | 937.50 |
| | AMD | Review letter from Stines, attaching settlement agreement. | 0.20 | 60.00 |

|  | For professional services rendered | 80.40 | $19,733.00 |
|---|---|---|---|

**Costs**

| Date | Description | Amount | |
|---|---|---|---|
| 12/31/09 | LexisNexis | 13.44 | |
| | Totals | $13.44 | |

| | | |
|---|---|---|
| **Total Fee & Disbursements** | | $19,746.44 |
| Previous Balance | | 317,664.11 |
| **Balance Now Due** | | **$337,410.55** |